# IN THE UNITED DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DISTRICT

| | |
|---|---|
| PLAINTIFF/PETITIONER<br>DENNIS JOEL DE PAOLI,<br>Florida Private Investigator C2101090<br><br>FIRST RESOURCE FINANCIAL CORPORATION<br>A Delaware Corporation<br><br>RESORT HOLDINGS INTERNATIONAL kft<br>Hungary Corporation<br><br>DBA, CASTLE OF HEARTS RESORTS<br><br>**vs.,**<br><br>RESPONDENT(s)/DEFENDANT(S)<br>BERMUDA BAY BEACH CONDOMINIUM ASSOCIATION,<br>INCORPORATED<br>SAINT PETERSBURG, FLORIDA ET AL<br>      Also known as<br>BERMUDA BAY BEACH RACKET BALL AND TENNIS<br>CLUB ST PETERSBURG, FLORIDA) ET AL<br><br>CITY OF SAINT PETERSBURG BUILDING<br>DEPARTMENT<br>STATE OF FLORIDA FIRE MARSHALL<br>KATHLEEN ANN WOLF<br>PRESIDENT OLUSEGUN OBASANJO, NIGERIA<br>FEDERAL BUREAU OF INVESTIGATION (FBI)<br>DEPARTMENT OF DEFENSE<br>HOMELAND SECURITY<br>DEPARTMENT IMMIGRATION AND NATURALIZATION | Monday, April 24, 2006<br><br>1:06cv83 Spm/AK<br><br>) UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF FLORIDA<br>Gainesville Division<br><br>Case Number: |



FILED 05 APR 28 AM 11:30

1

**IN THE UNITED DISTRICT COURT NORTHERN DISTRICT OF FLORIDA**
         **GAINESVILLE DISTRICT CASE** ~~1:06-CV-09-MP-AK~~

1. This court having jurisdiction pursuant to the Constitution
United States of America, the Bill of Rights and International
Law.
Rule 29.4(a)(b)(c) Violation of Constitutution and Person
18 U.S.C. 1746, in forma pauperis
42 U.S.C 1983 Tort
28 U.S.C 1983 Tort
28 U.S.C. 2254(b) exhausted available remedies
28 U.S.C. 1254(b) exceptional available circumstances
28 U.S.C. 2403(a) Proceedings regarding Act of Congress
28 U.S.C. 2403(b) Proceedings in violation of State Statues
28 U.S.C. 1407 Mulitple Jurisdiction
18 U.S.C. 3006A(d) (6) Assignment of Counsel

**CONGRESSIONAL ACTS EFFECTED**   ✓ included

| | |
|---|---|
| ☑ Theresa Marie Schaivo Act | ☑ Interstate Commence Act |
| ☑ Organized Crime Control Act | ☐ Pendleton Act |
| ☑ Force Act | ☐ Civil Rights Act of 1984 |
| ☐ Rodgers Act | ☑ Foreign Corruption Act |
| ☐ Clayton Antitrust Act | ☑ International Claims |
| ☐ Sherman Antitrust Act |    Settlement Act of 1949 |
| ☐ Taft Hartley Act | ☑ Judiciary Act 1925 |
| ☑ Patriot Act | ☑ Norris - La Guardia Act |
| ☑ Corruption Practices Act | ☑ Landrary - Griffin Act |
| ☑ Naturalization Act | ☑ McMahon Act |
| ☑ Alien Enemies Act | ☑ Wagner Act |
| ☑ Banking Act | ☑ National Security Act |
| ☑ Comprehensive Drug Abuse | ☑ Public Credit Act |
| ☐ Prevention Control Act | ☐ OSHA ACT of 1970 |
| ☑ Espionage Act | ☑ Truth -IN- Lending Act |
| ☑ Administrative Procedures | ☐ Wheeler- Howard Act (1934) |
| ☐ Inson-Patman Act | ☐ Farm Credit Billing Act |
| ☐ Federal Power Commission | ☐ Fair Labor Standard Act |
| ☑ Environmental Act | ☑ Federal Tort Claims Act |
| ☑ Medical Act | ☑ International Crime Act |
| ☑ Criminal Justice Act 1964 | ☑ Geneva Convention |

# IN THE UNITED DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DISTRICT CASE ~~1:06-CV-09-MP-AK~~

1. Plaintiff/Petitioner alleges that a cooperative illegal effort took place to discredit and destroy him and his common law wife person. The allegation is based upon the defendants used certain government agents to accomplish there terrorist means. Plaintiff took witness to a crime dealing with government.

2. Plaintiff/Petitioner is a Florida Private Investigator # C2101090 alleges that he has lost a great deal of money, deprived him and his family of there ability to own a house and operate there business.

3. Plaintiff/Petitioner has had violations of his due process rights as guaranteed by the Constitution of the United States and the Bill of Rights of the United States. The Patriot Act, RICO, The Corruption Act, Sherman Act, The Foreign Corrupt Act.

4. Plaintiff/Petitioner has had malicious criminal intent due to an international money laundering organization that included board members of Bermuda Beach Association and their personal affiliations.

5. Plaintiff/Petitioner on behalf of him and his common law wife filed a petition or plea of tort with the State of Florida Governor and the United States Attorney General in July of 2004 under 28 U.S.C. 1983 and 42 U.S.C. 1983 in which this complaint is based.

5. Plaintiff/Petitioner has experienced serve hardship
   a. Loss of his common law wife ability to determine right from wrong.
   b. Placed into indigence, homeless state.
   c. Loss the ability to retain and operate his business.
   d. Placed in a ~~illegible~~ facility without due process.
   e. My common law wife is unable to operate clear and concisely due to extended mental trauma.

6. Plaintiff/Petitioner investigation alleged may have lead to the illegal return of Enron Pension funds being return to the United States under the direction of the Nigerian Government.

7. Petitioner/Plaintiff presents this complaint because of the following illegal events.

**STATEMENT OF FACTS**

The petitioner circumstances surrounding the existing condition rendering relief by the a court of the Sixth Judicial Circuit of Pinellas County Florida ineffective to protect the rights of the Plaintiff/Petitioner is predicated on proceeding litigation and events that began in the year 1999 - 2001 involving the alleged illegal activity by the City of Saint Petersbug, Pinellas County Florida, the State of Florida and Various Department's of the United States of America regarding neglect, cover up of the three time destruction of our condominium, which I was a victim, effects continues to this day that left me homeless.

**SHORT LIST OF VIOLATION SPANNING TWO AND HALF YEARS AS FOLLOWS.**

1. Alleged permit fraud by the City of Saint Petersburg, Florida.
2. Alleged theft of personal property.
3. Alleged failure of the board of Director fiducially responsibility.
4. Alleged Insurance fraud.
5. Alleged Insurance adjuster fraud.
6. Alleged breaking and entering into unit three times.
7. Alleged cover up of building code violations.
8. Alleged cover up of fire codes violations.
9. Alleged fraud of engineering recommendations.
10. Alleged shutting off of electrical power to unit
11. Alleged cover up of FBI information and reports.
12. Alleged cover up of tax fraud.
13. Alleged police cover up.
14. Alleged unlicensed contractor working on unit.
15. Alleged security company cover up.
16. Alleged drug dealing cover up.
17. Alleged illegal immigration cover up.
18. Alleged biological contamination wife and I.
19. Alleged fraudulent deceit with regards to the of deadly mold damage.
20. Alleged cover up of biological contamination of Unit 70B.
21. Alleged act of terrorism against me an wife
22. Alleged acts of attempted assault against me and wife.
23. Alleged acts of psychology warfare against my wife & I.

The trial judges Susan Schafer of Pinellas County Florida Sixth Judicial circuit Court refused to try the case of Kathleen Wolf vs. Bermuda Bay Beach Condominium Association and there Board of Directors, in accordance with the time element of a year and half establish by the statutes of Florida.

Henceforth, the petitioner and is common law wife petitioned Congressman Bill Young. Governor Jeb Bush, and United States Attorney General John Ashcroft in July of 2004 about the endless trouble and evil brought upon me and my common law wife in our attempt to restore our unit and the great hardship it created upon us as well as the nation.

I mentioned; it appeared that the declaration of the United States of America was in forfeiture by the dependents.

The alleged principle cause to the assault on our constitutional rights against the petitioner and his common law wife and extend family was due in great part by establishing a very large money laundering organization. In an attempt to pass United States currency from the country of Nigeria thought the Lake County Indiana Government Complex and final through the Gambling Casinos in Gary, East Chicago and Michigan City Indiana. Trump Enterprises owned by Donald Trump is the primary casino suspect.

The petitioner and his common law wife Kathleen Wolf in the year 1997 supplied consultant services to named a construction company and witness the misuse or abuse of FBI personal profile reports outlying means and ways to discredit individual citizens of there choosing.

This lawsuit filed prior to the misunderstanding between Kathleen Wolf and Dennis Joel De Paoli is evident of my righteous intent to seek relief in the US Judicial System. After many years of neglect brought about by various state courts unwillingness under the guarantee provided by the constitution bill of rights and laws of the United States of America.

I as a implied owner and major investor in the purchase of Bermuda Bay Beach Racket Ball and Tennis Club Condominium with an address of residence in the year 1999 thru 2002 of 3650 41st Way South, Unit 70B Saint Petersburg, Florida 33711.

Kathleen Ann Wolf and Dennis Joel De Paoli having lived in the common law state of Michigan with a cohabitation agreement signed in Michigan with regards to our joint ownership of the Bermuda Bay Beach Condominium. Recognized and recorded in small claims Court located in New Hudson Michigan in and with name of our business, (First Resource Financial Corporation a Delaware Corporation).

I, Dennis Joel De Paoli, having proceeded to perform with regard to Kathy Ann Wolf and Dennis Joel De Paoli investigation of the <u>three time disruption of Unit 70H in Saint Petersburg, Florida within Bermuda Bay Beach Condominium</u> an the terrorism she experienced that brought great fear to her of organized crime type of reprisal upon our efforts to restore the residence over a period of two and one half years beginning in the year 1999 through 2001.

In March of 2001 Attorney Nina Monrose filed a civil suit on behalf of Kathleen Wolf in the Sixth Judicial Circuit Court of Florida against Bermuda Bay Beach Condominium Association and its Board of Directors, and the owner of the unit above 70B.

In the course of events leading up to the filing and there after to present, where it became evident of a the Association, City, County, State, Federal, International Crime and Cover-Up had been committed possible leaving Kathleen Ann Wolf and Dennis De Paoli unprotected by all for mention governments without protection as victims. We being defenseless as part of the events prior to September 11, 2001 involving illegal immigration and other illegal activities leading to September 11, 2001 disaster.

The obvious intent of the actions of all persons named and governments was the destruction of the our union of Kathleen Ann Wolf and Dennis Joel De Paoli, our families and friends and the United States of America. As a couple we attempted to rebound with investments in the year 2003, 2004, and 2005. But continued political affairs and disruption by similar political entities of the defendents and there international affiliates have left our lives hopes, dreams utterly powerless to purse Life, Liberty and happiness.

Therefore, I as the father, on behalf of Kathleen Ann Wolf, Dennis Joel De Paoli, our Businesses First Resource Financial Corporation, our Resort Holdings International kft, a Hungary Corporation, our public Ministers, the Castle of Hearts Resorts and our family  filed this lawsuit in United States District Court, Northern District of Florida on reference case number 1.06-CV-009-MP-AK.

The core of the crime against Kathleen Wolf and Dennis De Paoli involves people we know in Lake County, Indiana. The alleged issues manifested themselves in the events associated with the three time destruction of our condominium in Bermuda Bay Beach unit 70B. The Petitioner is a witness to the use of Federal

6

Bureau of Investigations files to gain personal and corporate advantage in the expansion and development of gambling casino's in Indiana, Michigan and Florida.

My involvement with the political chairman has revealed more then misuse of government information. It also encompasses insurance fraud stemming from hurricane Andrew in 1992 falling under the umbrella of organized crime including insurance adjusters and building inspectors and regulators.

Since golf became a popular sport it is there intent to control the out come of the game by controlling there friends around them in a manner that is similar to striking at a third party as denoted in the Taft Hartley Act to injury the primary person. Profits where being sent overseas as I reported to the IRS.

Circumstances that reveal the Petitioners as a valid request originate from the petitioners efforts to trade crude oil to fund my building projects in 2004.

In 2004 my associate JJ Wheeler an Miami Attorney a Saudi descendent was working on trading oil on a 400 day no payment term with me to Bosnia. In late 2004 she attended a meeting in Washington D.C. with President Bush. After the meeting she was taken out to diner by President Olusegun Obasanjo of Nigeria and members of his conciliate. A few days after the meeting attorney Wheeler became gravelly ill she was forced to seek hospitalization. What concerned me about this was the deadly virus once mention by Kathy Wolf and early from a bulletin I received from BP Oil Company about certain deep well crude oil containing a deadly virus planted by terrorist. News reports stated a monkey virus from the aids virus.
From what I understood what struck Attorney Wheeler was United States currency exchange when paying for the diner with the Nigerian president that contained this virus.

A few days after I learned about the Wheeler ordeal I met with my long time family Doctor Dennis Streeter D.O. and the finest surgeon in Northwest Indiana. I mentioned the virus to him he changed the subject and disclosed the to me for several years he had attempted to get paid on a hundred and thirty million dollar contract. There is or was cash boxes that where to be shipped via Diplomatic Parcel Service of Nigeria to him that got lost.

Doctor had just completed making a payment of $18,000 dollars to transport the 5'X5' boxes of money. He asked that I assist him in finding out what happen and recovery the lost 25 million.

I having dealings with Nigeria on a daily bases was speaking to what appeared to be General Obasanjo. I also learned that General Obasanjo nephew is a resident of Gary, Indiana with close ties to the Mayors in northwest Indiana, Mayor Archer of Detroit and Mayor of Saint Petersburg 1996 - 2000.

A weeks latter Doctor Streeter told me that the money was shipped, however General Obasanjo warned Doctor Streeter that the people he was dealing with where not reliable. A day latter the Merrillville FBI contracted Doctor Streeter about the lost money, implied in there conversion was they had knowledge to its where bout's.

Again, recalling the comments about where a client acquired the FBI report information and attorney Wheelers illness I set out to investigate concerning the money that contained this virus that could cause a terrible epidemic. I set out to meet pervious Lake County Indiana County Sheriff John Buncich a major play with the Democratic Party and a class mate at his business.

He was not available, I left my contact information for him to return the call. That night I received a call from Buncich and I mentioned the money appears to be tainted. He asked, what is the code, I replied with the last four numbers of my PI license 10-90 meaning a bank alert. He hung up.

I stopped at my temporary office where I learn the Edward Perenta of US Security Company left a message commanding me not to speak to the Sheriff John Buncich again. This verified to me some guilt. Dennis Streeter called me a few days latter and mentioned, he had been contacted again by the Merrillville FBI about the shipment of twenty five million dollars.

I decided to find out just what was at the root of this investigation. I had a statement from Dennis Streeter this was a legal transaction. In the first week of March 2005, I march into the FBI office and ask to speak to two agents. I meet with a older agent and a young agent. I identified my self with my PI license and told them I was a close friend of Doctor Streeter and attempting to handle the lost money issue. I stated that there is a possibility this money has a dangerous virus connected to it. I stated I knew from pervious talk that using John Buncich office and this FBI office to retain illegal documents associated with establishing gambling in Indiana. The intentional efforts to stopped the three time restoration of our condominium due to illegal immigration and al Qaeda

8

coming into the United States that lead to the 9/11 attacks. Stunned at first, they reply was "you now - - - you know Doctor Dennis Streeter. I replied, "I know all about everything that has happen here". The agents finally comment was that they where taking 15% cut and letting the rest of the money pass through. Picture of the box of money indicated that the money may have been storied in the parking garage at the Lake County Government Complex that I built.

Two days latter the a political party supported by defendants pulled out of session's in Congress and a few days after that they pulled the life support from our (Kathy Wolf and Dennis De Paoli) adopted daughter known from TV as Terri Schiavo, (Theresa Marie Schiavo).
Calls from the FBI office where left at mothers house asking what I wanted to keep quite. It also appears that the money from the various pension funds (Enron especially) invested and lost in Nigeria is being laundered back into the United States.

Of record is my request for a bank audit to be completed on the Bank of Nigeria in New York to the Securities and Exchange Commission on the payment affairs of Doctor Dennis Streeter. I again ask for a grand Jury investigation into the above mention matters.  These events and actions our confirmation of our fear's about reprisal by government officials focusing upon my investigation. I having been arrested set up to absence from competence hearing, is evident of some of my allegations with regard to Pinellas County Six Circuit.  I pray this court can supply relief from the on going Constitutional violation as previous stated and plea consideration for this petition.

**CLOSING STATEMENT**

Dennis Joel De Paoli and P~~laintiff~~ Kathleen Wolf have been together since 1992. They where class mates in High School but never meet and both families go back two generations as caring for one another.

As a couple we lived in the Four Season outside Crown Point, Indiana from 1992 to 1998. We lived in Novi & New Hudson Michigan from 1999 to 2000, return to Florida in 2001 to repair condominium purchased in 1998 that was destroyed three time's by negligent association. We took care of her ill parents from 1994 1998.

negligent association. We took care of her ill parents from 1994 1998.

Together we own a Construction Company called Demrock Construction, Incorporated, a Finance Company called First Resource Financial Corporation and an International Development Company Formed in Hungary called Resort Holdings International Kft. Mr. De Paoli also, sit on the board and is a major stock holder in US Piping, Incorporated a Mechanical Contracting firm in Indiana associated with major construction law dealing with US congress.
Investments in Castle of Polgardi and the Castle of Hearts Resorts by our company First Resource Financial Corporation. Latter the Park Vienna Hotel in Poland where Dennis planned a world class humanitarian effort in November of 2004 and written to John Paul II. By early 2005 all the company where in financial stress due to lengthy lawsuits that eat the assets of the corporations before the investment offer had came about.

Both parties are strongly attached to the Roman Catholic Church and where involved in the Terri Schiavo conflict adopting her as a God Child. We appeared on TV at her mass on July 6, 2005. Certain past acquaintance became jealous of this relation and latter called the sheriff into the relation. Mrs. Kathleen Wolf mental condition as been describe as Post Traumatic Stress is recorded with the family Psychologist Dr. Richard of Pinellas Park, Florida. This condition and her actions have brought about her being named in this complaint.
Mr. Dennis Joel De Paoli beside being her common law husband is Kathleen Wolf contracted Guardian, having Power of Attorney and her Private Investigator who holds a state of Florida Investigator and Manager License as well as a International License as an experienced investigator with the same address of 1453 Durling Drive South, South Pasadena, Florida 33707

Mrs. Kathleen Wolf in her mental state has failed in fiduciary duty to plaintiff and our companies stemming from the trauma at Bermuda Bay Beach Association.

### KATHLEEN WOLF VIOLATIONS

1. Neglect upon Plaintiff as partner and business.
2. Breach of Co Habitation Agreement and Private Investigator agreement.
4. Concealment of plaintiffs knee injury to insurance Company at 1453 Durling Drive South, South Pasadena Florida.

     5.   Failed in her Fiduciary Duty to the Corporations.
     6.   Failed to make and Dennis Joel De Paoli part of the March 2001 complaint against Bermuda Bay Beach Assoc.

Diminishing responsibility and forced diminishing capacity doctrine is a outright and clear departure from the essential requirements of the Constitution of the United States of America that adequate relief cannot be obtained in any other form or from any other court that can act upon a case of the magnitude of Bermuda Bay Beach Association and its Board of directors, supported by the illegal efforts associated with illegal immigration and money laundering by defendants. In dealing with these issues of our constitution; protecting us against the evils and invasions continue eating at our substance is a crime against all humankind. Therefore, the requirements of this case should be viewed at the courts earless connivance.

### IN THE UNITED DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DISTRICT CASE ~~1-06-CV-00-MP-AK~~
### WHEREFORE, PETITIONER PRAYS THAT THE UNITED STATES COURT – NORTHERN DISTRICT OF FLORIDA

1. Command a non-governmental agency provided protection services to petitioner and his common law wife and family, as the court deems suitable for the risk.
2. Issue an injunction stopping any further attempt on the part of the FBI or any other agency of the federal government disrupting interfere in the lives of my family. (with exception to the secret service or a hired agency of the secret service).
3. Issue an injunction stopping any further stalking on the part of Doug Lemieux and friends of St Pete Beach Alcohol Anomalous.
4. Found to be competent to proceed. Leave to proceed with public Ministry of the Roman Catholic Church for Bosnia, Poland Serbia.
5. Assign federal case worker assist with family counseling.
6. Command State of Florida Pay for victims of crime as permitted by law.
7. Pay restitution for my lost wages at $50,000 per month plus; RHIkft business profit of $2,000,000 million dollar per week form The date the offense started. First Resource Financial Corp. lost profit at $8,000,000 LS loss dollars plus 7 million return on investment Per/Year.
8. Command Kathleen Wolf Pay in restitution the amount of $100,000.00 Dollars
9. Command Kathleen Wolf to be removed from all corporate authority and responsibility until she is mental fit to perform her fiducially duty. Command Kathleen Wolf return all personal and business property of Dennis Joel De Paoli.
10. Command the return of Dennis Joel De Paoli Personal belonging in the possession of Leverock's toeing of Largo Florida and Dion De Paoli of Clearwater Florida.

11

11. Provided a unrestricted residence, food, clothing, auto mobile, medical, dental, eye care, for petitioner and wife until after trial.
12. Assign Dennis Joel De Paoli to be Kathleen Wolf power of attorney in all future matters involved with Bermuda Bay Beach Lawsuit.
13. Proceed as in forma pauperis. (Indigent)
14. Petitioner request to proceed in VETERANS STATUS.
15. Appointment of legal counsel.
16. Any further relief as the nature of the case may require.

I declare(or certify, verify, or state) under penalty or perjury that the foregoing is true and correct.

4/20/06
(Date)                                   Dennis Joel De Paoli
                                         (Signature of Petitioner)

**OATH**: As proof, the Florida Supreme Court, in State v. Shearer, 628 So. 2d 1102 (Fla. 1993), has adopted the use of an unnotarized oath which contains the following language. Under the penalties of perjury, I declare that I have read the foregoing motion and that the facts stated in it are true.

Dated: 4/20/06                           Time: 1.00 PM

**AFFIDAVIT**

I HEREBY CERTIFY under penalty of perjury that the above stated matters in this Petition by Plaintiff are true and correct to the best of my knowledge and belief.

4/20/06                                  Dennis Joel De Paoli
DATE:                                    PETITIONER

PETITIONER PRESENT ADDRESS (70-63-09)
North Florida Evaluation and Treatment Center
1200 N.E. 55th BLVD, Gainesville, Florida, 32641

COUNTY OF ALACHUA    Witness by _____
STATE OF FLORIDA                  Pacillo Jenkins Collins

BEFORE ME this ____ day of _____. 20___, personally appeared the above-named Petitioner, who being duly sworn states under oath that the Petition and Affidavit above are true and correct to the best of his knowledge and belief.

    Seal                                 _____
                                         Notary Public State of
                                         Florida at Large

12