IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DENNIS JOEL DE PAOLI,**

    **Plaintiff,**

v.                                                 **CASE NO. 1:06CV83-SPM/AK**

**BERMUDA BAY BEACH, et al,**

    **Defendants.**
_____/

**DENNIS JOEL DE PAOLI,**

    **Plaintiff,**

v.                                                   **CASE NO. 1:06CV84-SPM/AK**

**FIRST RESOURCE FINANCIAL, et al,**

    **Defendants.**
_____/

**DENNIS JOEL DE PAOLI,**

    **Plaintiff,**

v.                                                   **CASE NO. 1:06CV86-SPM/AK**

**INLAND STEEL, et al,**

    **Defendants.**
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND PROHIBITING FURTHER FILINGS BY PLAINTIFF WITHOUT
PRIOR PERMISSION OF COURT**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 10) dated July 26, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Plaintiff filed his objections (doc. 11) on September 26, 2006.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

Since his placement at North Florida Evaluation and Treatment Center (NFETC) for a determination of competence, Plaintiff has filed a number of cases in this district which have been assigned to various district judges in the Gainesville Division.  The cases listed in the caption of this order are only those cases assigned to this jurist.[1]  He has also filed notices of appeal in two cases which have not been ruled upon yet.[2]

Plaintiff's mental health issues are aptly demonstrated in the outlandish and unbelievable claims raised in his complaints.  For example, he states that Terri Schiavo was his adopted daughter and that he has met with the Pope to discuss his world relief organization.  The magistrate judge's report and recommendation details these claims, noting his history of mental instability and his current placement at NFETC to determine whether he is competent to stand

---

[1]  Other cases include 1:06-cv-09-MP-AK, 1:06-cv-00085-MP-AK, 1:06-cv-00094-MP-AK, and 1:06-cv-00117-MP-AK, all assigned to The Honorable Maurice M. Paul, United States District Judge.

[2]  1:06-cv-84-SPM/AK, 1:06-cv-86-SPM/AK.

trial on various state charges.

It is clear, after a review of these cases, that Plaintiff's suits have no basis in fact or in law. The Court finds especially appropriate the magistrate's recommendation that no further filings be accepted from Plaintiff without prior court review and permission. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 10) in 1:06-cv-83 is adopted and incorporated by reference in this order.

2. All cases (1:06-cv-83, 1:06-cv-84; 1:06-cv-86) are hereby *dismissed* for failure to state a claim for relief.

3. The orders granting *in forma pauperis* status in each case (doc. 8 in case 1:06-cv-83; doc. 6 in case 1:06-cv-84; and doc. 6 in case 1:06-cv-86) are hereby *vacated*.

4. The clerk is directed **NOT** to accept any further filings by Plaintiff without prior review and permission of this Court.

**DONE AND ORDERED** this third day of October, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge